RECEIVED
SEP 1 1 2017
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Plaintiff(s),

vs.

Samantha Latraille
1045 Margaret St.
St Paul MN 55106

Case No. 17cv4208 DSD/BRT
(To be assigned by Clerk of District Court)

1st class mail only

Nicole latraille
St Paul MN 55106

Defendant(s).

DEMAND FOR JURY TRIAL
YES ☑   NO ☐

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff
   Name: Sam̶a̶ Samantha Latraille
   Street Address: 1045 Margaret St. St Paul MN 55106
   County, City
   State & Zip Code
   Telephone Number

SCANNED
SEP 1 1 2017
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1   Nicole latraille

      Name

      Street Address   St Paul MN 55106

      County, City

      State & Zip Code

   b. Defendant No. 2   Anthony Latraille

      Name

      Street Address   St. Paul MN 55106

      County, City

      State & Zip Code

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    [✓] Federal Question          [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

    Life Insurance fraud

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name: Samantha Latraille        State of Citizenship: MN

    Defendant No. 1: Nicole latraille          State of Citizenship: MN

    Defendant No. 2: Anthony latraille         State of Citizenship: MN

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    [✓] Defendant(s) reside in Minnesota    [ ] Facts alleged below primarily occurred in Minnesota

    [ ] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.

Life Insurance fraud stealing my family's uncle Lewis Latrailles money

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

all money re-paid to me for being only blood related Real NON-Fraud family member

Signed this 9 day of 2017 11

Signature of Plaintiff  J-Yatraille

Mailing Address
1045 Margaret St.
St Paul MN 55106

1st class mail only
require Id and signature

Telephone Number

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.