UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17-4208(DSD/BRT)

Samantha Latraille,

       Plaintiff,

v.                                     **ORDER**

Nicole Latraille and
Anthony Latraille,

       Defendants.

    This matter is before the court upon the report and recommendation of Magistrate Judge Becky R. Thorson dated October 18, 2017. The magistrate judge recommended that the court dismiss plaintiff Samantha Latraille's complaint without prejudice for lack of subject matter jurisdiction and deny her application to proceed in forma pauperis as moot. Latraille has not filed an objection to the R&R in the time period permitted.

    Accordingly, **IT IS HEREBY ORDERED** that:

    1.   The magistrate judge's report and recommendation [ECF No. 3] is adopted in its entirety;

    2.   The action is dismissed without prejudice; and

    3.   The application to proceed in forma pauperis [ECF No. 2] is denied as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 6, 2017

                                                      s/David S. Doty
                                                      David S. Doty, Judge
                                                      United States District Court